UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-10588-RGS

SHAWN O. HARRISON

v.

SUPERINTENDENT EUGENE SUMPTER, et al.

MEMORANDUM AND ORDER

July 8, 2016

On May 12, 2016, this Court issued a Memorandum and Order (Docket No. 7) denying without prejudice plaintiff's motion for leave to proceed *in forma pauperis* and directing him, if he wishes to proceed with this action, to file an amended complaint and a motion for leave to proceed *in forma pauperis* with a certified copy of his prison account.  The Order explained that failure of the plaintiff to comply with these directives may result in the dismissal of this action.  The time for responding to the Court's May 12, 2016 Memorandum and Order expired on June 23, 2016.  Having received no response to that Memorandum and Order, the above entitled action is hereby DISMISSED without prejudice.  The Clerk shall enter a separate order of dismissal.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE